■ BONNIE L. CARPENTER, Appellant, v BROWNING-FERRIS INDUSTRIES, INC., Also Known as BROWNING-FERRIS INDUSTRIES-NIAGARA DISTRICT, et al., Respondents. (Appeal No. 2.) [761 NYS2d 928] —Appeal from an order of Supreme Court, Erie County (Whelan, J.), entered November 19, 2002, which denied plaintiff's motion for reargument.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Carpenter v Browning-Ferris Indus.* (307 AD2d 713 [2003]). Present—Pine, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.